### IN THE UNITED STATES DISTRICT COURT FOR
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO, individually and on
behalf of all others similarly situated,

     Plaintiff,

v.                               Case No. 2:26-cv-03827-GAW

REBUILT BROKERAGE, LLC,

     Defendant.

**DEFENDANT REBUILT BROKERAGE LLC'S MOTION TO TRANSFER VENUE**

Defendant Rebuilt Brokerage LLC ("Rebuilt"), by and through undersigned counsel, pursuant to 28 U.S.C. § 1404(a), hereby moves the Court to transfer the above-captioned civil case to the United States District Court for the Middle District of Tennessee, Nashville Division.

Plaintiff Bobby Girifalco ("Plaintiff") brings this putative class action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(c), seeking to represent two nationwide classes. The case should be transferred to the Middle District of Tennessee pursuant to 28 U.S.C. § 1404(a). Plaintiff is the only connection between this suit and this District, and Courts within this Circuit afford minimal deference to the forum choice of a plaintiff pursuing a putative nationwide class action. The convenience of the parties and witnesses and the interests of justice weigh in favor of transfer.

In support of this Motion, Rebuilt relies upon its Brief in Support and the Declaration of Albert Young filed contemporaneously herewith and the entire record in this cause.

WHEREFORE, Defendant Rebuilt Brokerage LLC moves this Court to transfer this case to the United States District Court for the Middle District of Tennessee, Nashville Division.

Respectfully submitted,

/s/ Christopher A. Reese
Joe Nguyen (PA ID No. 93638)
Christopher A. Reese (PA ID No. 308939)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
E: jnguyen@stradley.com
   creese@stradley.com

*Attorneys for Defendant*

2