**IN THE UNITED STATES DISTRICT COURT FOR**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BOBBY GIRIFALCO, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.                                                                                  Case No. 2:26-cv-03827-GAW

REBUILT BROKERAGE, LLC,

       Defendant.

**DECLARATION OF ALBERT YOUNG**

Comes now Albert Young and declares under penalty of perjury as follows:

1.      My name is Albert Young, and I am over the age of 18 and fully competent to testify as a witness in proceedings before the Court.  I respectfully submit this Declaration in support of Rebuilt Brokerage LLC's ("Rebuilt") Motion to Transfer Venue.

2.      I am the Co-Founder and Chief Executive Officer of Rebuilt. The statements contained herein are based upon my own personal knowledge derived from my direct experience with the matters referred to herein or from information maintained by Rebuilt.

3.      In my position, I have knowledge regarding Rebuilt's operations including the procedures for responding to inquiries from property owners interested in selling their homes.

4.      I have reviewed and am familiar with the Complaint filed in the above-captioned lawsuit.

5.      Rebuilt is a Tennessee limited liability company with its principal place of business located in Nashville, Tennessee.

6.      Business records and transactional databases are located at Rebuilt's headquarters in Nashville, Tennessee.

7. The policies generated by Rebuilt are largely developed, maintained, and implemented by personnel located in Nashville, Tennessee.

8. Documents (both electronic and hard copy) related to the following are managed and accessed from Nashville, Tennessee: (i) consent obtained from and inquiries made by putative class members, (ii) how Plaintiff's phone number and the putative class members' phone numbers were obtained, (iii) to whom calls were made and the outreach made, (iv) call detail notes, (v) why Plaintiff and the putative class members were called, (vi) the call content, and (vii) the outreach made by Rebuilt and its calling practices.

9. All decisions regarding who to call, when to call and the content of the call are made in Nashville, Tennessee.

10. Rebuilt only intends to call persons who specifically called Rebuilt to express interest in Rebuilt purchasing their real property.

11. As it relates to the calls at issue, the persons who oversee the call program for responding to customer inquiries are employed by Rebuilt and reside in the greater Nashville, Tennessee area.

12. The software program used when the calls at issue were made is located in and accessed from Rebuilt's headquarters in Nashville, Tennessee.

13. Michael Spalding, the Chief Operating Officer of Rebuilt, and I are the key employees with knowledge of the facts alleged in Plaintiff's Complaint. Mr. Spalding and I, as well as the majority of Rebuilt's senior leadership and employees, live in the greater Nashville area.

14. Mr. Spalding and I possess knowledge concerning (i) consent obtained from and inquiries made by Plaintiff and any putative class members, (ii) the outreach made, (iii) call detail

notes, (iv) why Plaintiff and any putative class members were called, (v) the call content and (vi) Rebuilt's calling practices.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 7/31/2026 | 4:12 PM CDT

Signed by:

*Albert Young*
34FDEA1DE968413...

Albert Young
Co-Founder, CEO
Rebuilt Brokerage LLC