**IN THE UNITED STATES DISTRICT COURT FOR
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BOBBY GIRIFALCO, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                                    Case No. 2:26-cv-03827-GAW

REBUILT BROKERAGE, LLC,

      Defendant.

### <u>CERTIFICATION OF COUNSEL REGARDING MEET AND CONFER</u>

The undersigned counsel certifies that on August 5, 2026 the parties did meet and confer in an attempt to resolve the parties' disagreement regarding this motion to transfer venue. As this matter was unable to be resolved through substantive verbal communications the attached Motion is being filed.

                                   Respectfully submitted,

                                   /s/ Christopher A. Reese
                                   Joe Nguyen (PA ID No. 93638)
                                   Christopher A. Reese (PA ID No. 308939)
                                   Stradley Ronon Stevens & Young, LLP
                                   2005 Market Street, Suite 2600
                                   Philadelphia, PA 19103
                                   T: (215) 564-8000
                                   E: jnguyen@stradley.com
                                      creese@stradley.com

                                   *Attorneys for Defendant*