**IN THE UNITED STATES DISTRICT COURT FOR**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BOBBY GIRIFALCO, individually and on
behalf of all others similarly situated,

     Plaintiff,

v.                                Case No. 2:26-cv-03827-GAW

REBUILT BROKERAGE, LLC,

     Defendant.

## ORDER GRANTING DEFENDANT REBUILT BROKERAGE LLC'S MOTION TO TRANSFER VENUE

This matter comes before the Court on Defendant Rebuilt Brokerage LLC's Motion to Transfer Venue.  Having considered the Motion and finding good cause under 28 U.S.C. § 1404(a), the Motion is granted.

IT IS THEREFORE, ORDERED that pursuant to 28 U.S.C. § 1404(a), Defendant Rebuilt Brokerage LLC's Motion to Transfer Venue is GRANTED and this action is transferred to the United States District Court for the Middle District of Tennessee, Nashville Division.

SO ORDERED this _____ day of _____, 2026.

 

                                    _____
                                    GAIL A. WEILHEIMER
                                    UNITED STATES DISTRICT JUDGE