## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 12, 2026, a true and exact copy of the foregoing Defendant Rebuilt Brokerage LLC's Motion to Transfer Venue was filed using the Court's CM/ECF system and served via CM/ECF electronic notice to all counsel of record.

/s/ Christopher A. Reese
Christopher A. Reese

3