**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**REBUILT BROKERAGE LLC,**<br><br>*Defendant.* | Case No. 2:26-cv-03827<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

I, Bobby Girifalco, declare under of penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1. I am the Plaintiff in this action. I have personal knowledge of the facts set forth in this Declaration and, if called upon to testify, I could and would competently testify competently thereto.

2. I submit this Declaration in opposition of the Defendant's Motion to Transfer Venue.

3. I currently reside in Pennsylvania.

4. I have lived in the Commonwealth of Pennsylvania for over ten years.

5. My cellular phone number is (215) XXX-XXXX, and that number has been registered on the National Do Not Call Registry for over a year prior to the events that gave rise to this action.

6. Since acquiring that cellular number, I have continuously used it as my personal cellular telephone number.

7. The number is used for personal purposes.

8. Beginning on or about March 4, 2026, and continuing to the present, I received at least ten telemarketing calls to my number placed from caller ID (615) 434-5031 using a prerecorded voice.

9. At the time I received each of these calls, I was physically present within the Eastern District of Pennsylvania.

10. Before receiving the phone calls that are the subject of this lawsuit, I had never heard of Defendant.

11. Before receiving the phone calls, I had never visited Defendant's Tennessee offices or website.

12. The subject phone calls were regarding a property in Pennsylvania, not Tennessee.

13. Before receiving the phone calls, I had never requested information from Defendant.

14. I have never provided my cellular telephone number to Defendant.

15. I never provided Defendant, or any person or entity acting on Defendant's behalf, with permission or consent to be contacted for any purposes.

16. I have never lived in the State of Tennessee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this Aug 26, 2026 in Pennsylvania.

Robert L Girifalco (Aug 26, 2026 09:15:11 EDT)

Bobby Girifalco