**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**REBUILT BROKERAGE LLC,**<br><br>*Defendant.* | Case No. 2:26-cv-03827<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING] DEFENDANT**
**REBUILT BROKERAGE LLC'S MOTION TO TRANSFER VENUE**

AND NOW, this ____ day of ____________, 2026, upon consideration of Defendant's Motion to Transfer, Plaintiff's opposition, and any response thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

______________________________
J.