**IN THE UNITED STATES DISTRICT COURT FOR**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BOBBY GIRIFALCO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Case No. 2:26-cv-03827-GAW

REBUILT BROKERAGE, LLC,

Defendant.

**DEFENDANT REBUILT BROKERAGE LLC'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER VENUE**

Defendant Rebuilt Brokerage LLC ("Rebuilt"), by and through undersigned counsel, pursuant to Section X.C. of the Court's Guidelines, hereby moves for leave to file a reply brief in support of its motion to transfer this case to the United States District Court for the Middle District of Tennessee, Nashville Division. Rebuilt respectfully seeks leave to file a limited reply addressing discrete matters raised in Plaintiff's opposition: (1) Plaintiff's newly-submitted declaration and his contention that the alleged calls and Pennsylvania property establish Pennsylvania as the operative center of the dispute; (2) the degree of deference owed to a named plaintiff's forum selection in this putative nationwide TCPA class action, including Plaintiff's misrepresentation that "every authority Rebuilt offers for" the proposition "that TCPA class plaintiffs receive 'even less deference because such actions are 'normally attorney driven'" "originates outside this Circuit;" (3) Plaintiff's challenge to Rebuilt's arguments regarding the location of witnesses, including his interpretation of Rule 45; (4) Plaintiff's argument that the location of Rebuilt's electronic records, systems, and Nashville-based personnel is immaterial; (5) Plaintiff's characterization of *Perrong v. Timeshare Help Source, LLC*, No. 22-1085, 2022 WL 5221331 (E.D. Pa. Oct. 5, 2022); (6) Plaintiff's newly asserted relative-hardship and counsel-location arguments; and (7) Plaintiff's

arguments concerning the competing local interests and the relevance of this action's early procedural posture.

WHEREFORE, Defendant Rebuilt Brokerage LLC respectfully requests leave to file a reply brief in support of its motion to transfer this case to the United States District Court for the Middle District of Tennessee, Nashville Division.

Respectfully submitted,

/s/ Christopher A. Reese
Joe Nguyen (PA ID No. 93638)
Christopher A. Reese (PA ID No. 308939)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
E: jnguyen@stradley.com
creese@stradley.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 31, 2026, a true and exact copy of the foregoing Defendant Rebuilt Brokerage LLC's Motion for Leave to File Reply Brief in Support of Motion to Transfer Venue was filed using the Court's CM/ECF system and served via CM/ECF electronic notice to all counsel of record.

/s/ Christopher A. Reese
Christopher A. Reese