**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BOBBY GIRIFALCO, individually and on behalf of all others similarly situated, | : | |
| *Plaintiff,* | : | |
| v. | : | 2:26-cv-03827 |
| REBUILT BROKERAGE, LLC, | : | |
| *Defendant.* | : | |

**ORDER**

AND NOW, this 2nd of September 2026, upon consideration of Defendant Rebuilt Brokerage LLC's Motion for Leave to File a Reply Brief in Support of Transfer (Dkt. 12), it is hereby ORDERED, that Defendant's Motion for Leave is DENIED.[1]

BY THE COURT:

GAIL A. WEILHEIMER, J.

[1] The briefing thus far, combined with this Court's prior experience with transfer under 28 U.S.C. § 1404(a), is sufficient to determine the proper venue in this matter. Separately, Defendants failed to submit a form order consistent with this District's Local Rules. *See* E.D. Pa. L. Civ. R. 7.1(a) ("Every motion shall be accompanied by a form of order which, if approved by the court, would grant the relief sought by the motion."). The parties should apprise themselves of the local rules and chambers protocols prior to any further motions practice here or, in the event transfer is proper, in the Middle District of Tennessee.