IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO | : | Case Number: 2:26-cv-03827-GAW |
| | : | |
| | : | |
| v. | : | |
| | : | |
| REBUILT BROKERAGE, LLC | : | |

ORDER

AND NOW, this _______ day of ______________________ 20 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Robert Tom, Esquire as counsel for Rebuilt Brokerage, LLC. Robert Tom, Esquire is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

______________________________
The Honorable Gail A. Weilheimer , J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-03827-GAW

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Robert Tom, Esquire the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Rebuilt Brokerage, LLC. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| TN | 11/7/07 | 26636 |
| FL | 9/23/04 | 0816671 |
| AR | 1/21/13 | 2013026 |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| WD TN | 9/12/07 | N/A |
| MD TN | 11/28/11 | N/A |
| 6TH CIR. | 3/26/10 | N/A |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Rebuilt Brokerage, LLC

*Name of Attorney:* Robert Tom, Esquire

*Firm Address:* 165 Madison Avenue, Suite 2000, Memphis, TN 38103

*Telephone Number:* (901) 577-2159

*Email Address:* rtom@bankerdonelson.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 9/11/26
*(Date)*

[signature]
*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Robert Tom, Esquire to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Christopher A. Reese | /s/ Christopher A. Reese | March 2, 2012 | (PA 308939) |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER Stradley Ronon Stevens & Young, LLP,

2005 Market Street, Suite 2600, Philadelphia, PA 19103

creese@stradley.com

(215) 564-8000

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* September 11, 2026
*(Date)*

/s/ Christopher A. Reese
*(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO | : | Case Number: _2:26-cv-03827-GAW________ |
| | : | |
| | : | |
| v. | : | |
| | : | |
| REBUILT BROKERAGE, LLC | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of _Robert Tom___________, ___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Andrew Roman Perrong, Esq.
Perrong Law, LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

/s/ Christopher A. Reese
(Signature of Attorney)

Christopher A. Reese
(Name of Attorney)

Rebuilt Brokerage, LLC
(Name of Moving Party)

September 11, 2026
(Date)