IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO | : | Case Number: 2:26-cv-03827-GAW |
| | : | |
| | : | |
| v. | : | |
| | : | |
| REBUILT BROKERAGE, LLC | : | |

ORDER

AND NOW, this 14th day of Sept. 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED. The Clerk is DIRECTED to add Kelly L. Hagy, Esquire as counsel for Rebuilt Brokerage, LLC. Kelly L. Hagy, Esquire is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

The Honorable Gail A. Weilheimer , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).